The People of the State of New York, Respondent, v Richard G. Kirk, Sr., Appellant. [964 NYS2d 56]—Motion for re-

argument denied. Present—Smith, J.P., Peradotto, Carni and Sconiers, JJ.